UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RLS ASSOCIATES, LLC,

                Plaintiff,

-against-

UNITED BANK OF KUWAIT PLC,

                Defendant.
------------------------------------------------------------ x

01 Civ. 1290 (CSH) (DF)

MEMORANDUM OPINION
AND ORDER

HAIGHT, Senior District Judge:

In view of the pending applications in this case, all the dates for action specified in Part V of the Court's Opinion and Order dated November 27, 2006 are vacated. Further directions for scheduling will be included in a later opinion by the Court.

It is SO ORDERED.

Dated: New York, New York
December 14, 2006

CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE